**Sadie Mae MORRIS, Appellant,**

v.

**Terry D. MORRIS, Respondent.**

**No. WD 37944.**

Missouri Court of Appeals,
Western District.

Nov. 25, 1986.

Stanley L. Wiles, Kansas City, for appellant.

James R. Brown, Kearney, for respondent.

Before GAITAN, P.J., and DIXON and TURNAGE, JJ.

### ORDER

PER CURIAM.

Appeal by wife from judgment in dissolution decree denying her attorney's fees and awarding custody of the two minor children to husband.

Affirmed. Rule 84.16(b).